IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


JOHNNY L. BUTLER                                                    PETITIONER

VS.                              CASE NO. 2:07CV00041 HLJ

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas
(Originally sued as T.C. Outlaw)                              RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is

CONSIDERED, ORDERED and ADJUDGED that Petitioner's Motion for Summary

Judgment (DE #16) be denied.  Judgment is entered for Respondent and the petition is

dismissed.

SO ADJUDGED this 28th day of July, 2008.


_Henry L. Jones, Jr._
_____
UNITED STATES MAGISTRATE JUDGE